

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
OCT - 7 2020
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | 4:20CR638 MTS/SRW |
| ) | |
| YVETTE LUSTER, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges that:

### COUNT I
### EMBEZZLEMENT AND THEFT FROM A LABOR UNION: 29 U.S.C. § 501(c)

1.   From in or about January 2016 through in or about April of 2020, in St. Louis, Missouri, within the Eastern District of Missouri, and elsewhere,

**YVETTE LUSTER**

defendant herein, while Treasurer for Postal Mail Handlers Local 314, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to her own use, the moneys, funds, securities, property, and other assets of said labor organization, in the approximate amount of **$184,138.28**.

2.   Postal Mail Handlers Local 314 (hereinafter "Local 314") is a labor union based in St. Louis, Missouri. Local 314 is a division of Laborers International Union of North America AFL-CIO (hereinafter "LIUNA"). In 2019, Local 314 represented approximately 465 mail handlers employed by the United States Postal Service. The local members pay dues of $26.50 per pay period, which is the primary source of income for Local 314. The union is governed by Local

314's bylaws and the National and Local Constitutions from the National Postal Mail Handlers Union.

3.      Defendant Luster was the Treasurer for Local 314 from January 2013 until April 2020, when she was removed from office. As the Treasurer, Defendant Luster had access to Local 314's Royal Banks of Missouri bank account #XXXX4075. Further, Defendant Luster had exclusive control over one of the debit card's issued on Local 314's bank account, #XXXX-XXXX-XXXX-4101.

4.      From in or about January 2016 through in or about April 2020, Defendant Luster made approximately 203 unauthorized ATM withdrawals from Local 314's Royal Banks of Missouri account, for personal expenditures unrelated to the business and operation of Local 314. Defendant Luster also used Local 314's debit card ending in #4101 for unauthorized purchases, such as flights and meals for herself and family members. In addition, she wrote unauthorized checks to herself from the Local 314 Royal Banks of Missouri account. Finally, Defendant Luster claimed and received lost time payments for doing union activities on behalf of Local 314 for time she was not, in fact, doing union activities and while being paid a full-time salary from her employer.

All in violation of Title 29, United States Code, Section 501(c).

## FORFEITURE ALLEGATION

5.      Pursuant to Title 18, United States Code, Section 981(a) and Title 28, United States Code, Section 2461, upon conviction of an offense in violation of Title 29, United States Code, Section 501(c) as set forth in Count I, the defendant shall forfeit to the United States of America any property, real or personal, which constitutes or is derived from proceeds traceable to such violation.

6. Subject to forfeiture is a sum of money equal to the total value of any property, real or personal, which constitutes or is derived from proceeds traceable to such violation.

7. In the event any forfeitable property, as a result of an act or omission of the defendant

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL.

_____

FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
Lindsay McClure-Hartman – 66070MO
Assistant United States Attorney